UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TIMOTHY EPP,  
                  Plaintiff,

3:11-cv-01136-HO

v.

ORDER AWARDING EAJA  
ATTORNEY FEES AND COSTS

COMMISSIONER, SOCIAL  
SECURITY ADMINISTATION,  
                  Defendant.

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,847.00 plus costs in the amount of $350.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees and costs shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 26th day of October 2012.

                                  */s/ Michael R. Hogan*  
                                  United States District Judge

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS – EPP v.  
              COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 3:11-cv-01136-HO

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Timothy Epp

Page 2.   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS – EPP v.
          COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 3:11-cv-01136-HO